# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5476** **September Term, 2026**

**1:25-cv-00946-CKK**

**Filed On:** September 22, 2026

League of United Latin American Citizens, et al.,

Appellees

v.

Executive Office of the President, et al.,

Appellants

Republican National Committee,

Appellee

------------------------------
Consolidated with 25-5478, 26-5099, 26-5102, 26-5182

**BEFORE:** Millett, Walker, and Childs, Circuit Judges

**O R D E R**

Upon consideration of the joint proposed briefing schedule and format, it is

**ORDERED** that the following briefing schedule and format will apply in this case:

| | |
|---|---|
| Appellants' Briefs (not to exceed 19,500 words, to be divided between up to 2 briefs) | October 14, 2026 |
| Joint Appendix | October 14, 2026 |
| Briefs of Amici Supporting Appellants, if any (not to exceed 6,500 words each) | October 21, 2026 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5476** **September Term, 2026**

| | |
|---|---|
| Appellees' Briefs<br>(not to exceed 19,500 words, to be divided between up to 2 briefs) | December 14, 2026 |
| Briefs of Amici Supporting Appellees<br>(not to exceed 6,500 words each) | December 21, 2026 |
| Appellants' Reply Briefs<br>(not to exceed 9,750 words, to be divided between up to 2 briefs) | January 25, 2027 |

The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellants should raise all issues and arguments in the opening briefs. The court ordinarily will not consider issues and arguments raised for the first time in the reply briefs.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2026); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk